UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61945-CIV-COHN/SELTZER

SHANNON BEST,

    Plaintiff/Counter-Defendant,

vs.

PURE ACTION SPORTS WORLDWIDE, INC.
and RIDE BEST LLC d/b/a BEST
KITEBOARDING,

    Defendants/Counter-Plaintiffs.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE

**THIS CAUSE** is before the Court on Plaintiff Shannon Best's Motion to Strike Affirmative Defenses [DE 41] ("Motion"). The Court has carefully considered the Motion, Defendants' Response and Plaintiff's Reply thereto, and is otherwise duly advised in the premises.

In the Motion, Plaintiff moves pursuant to Federal Rule of Civil Procedure 12(f) to strike two affirmative defenses from Defendants' answer. See DE 41. Under Rule 12(f), "[t]he court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). A motion to strike, however, must be filed "*within 21 days after being served with the pleading.*" Id. (emphasis added).

In this case, Defendants' affirmative defenses were filed and served as part of their answer on February 12, 2014. See DE 39. Plaintiff thus had 21 days from that date (or until March 5, 2014) to file a motion to strike. Yet Plaintiff did not file his motion

1

2

to strike Defendants' affirmative defenses until March 10, 2014.  <u>See</u> DE 41.  Nor did Plaintiff request leave from the Court to file his motion to strike outside of the 21-day time limit.  <u>See</u> Fed. R. Civ. P. 6(b).  Plaintiff's Motion therefore is untimely.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff Shannon Best's Motion to Strike Affirmative Defenses [DE 41] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of May, 2014.

_James I. Cohn_
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.